# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VZAAR, INC., <br><br> Defendant. | CASE NO. 6:15-CV-527 RWS-JDL <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Vzaar, Inc., pursuant to Fed. R. Civ. P. 41, move for an order DISMISSING WITH PREJUDICE all claims asserted against Vzaar, Inc. in this action, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Charles Ainsworth* | */s/ Jennifer H. Doan (with permission)* |
| Charles Ainsworth | Jennifer H. Doan |
| State Bar No.  00783521 | Texas Bar No. 08809050 |
| Robert Christopher Bunt | Haltom & Doan |
| State Bar No. 00787165 | 6500 Summerhill Road, Suite 100 |
| PARKER, BUNT & AINSWORTH, P.C. | Texarkana, TX 75503 |
| 100 E. Ferguson, Suite 1114 | Telephone: (903) 255-1000 |
| Tyler, TX 75702 | Facsimile: (903) 255-0800 |
| 903/531-3535 | Email:  jdoan@haltomdoan.com |
| 903/533-9687 | |
| E-mail: charley@pbatyler.com | Brent D. McCabe |
| E-mail: rcbunt@pbatyler.com | Texas Bar No. 24088004 |
| | Haltom & Doan |
| **ATTORNEYS FOR PLAINTIFF,** | 4975 Preston Park Blvd., Suite 625 |
| **ROTHSCHILD BROADCAST** | Plano, TX 75093 |
| **DISTRIBUTION SYSTEMS, LLC** | Telephone: (469) 814-0433 |
| | Facsimile: (469) 814-0422 |
| | Email:  bmccabe@haltomdoan.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **VZAAR, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 2, 2015.

*/s/ Charles Ainsworth*
Charles Ainsworth