UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>VZAAR, INC.,<br><br>            Defendant. | CASE NO. 6:15-CV-527 RWS-JDL<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Vzaar, Inc.'s Joint Motion to Dismiss.  The Court, having reviewed the motion, and being well-advised, finds that the motion should be and is GRANTED.  It is therefore

ORDERED that all claims asserted against Vzaar, Inc. in the above-captioned action are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

So ORDERED and SIGNED this 4th day of September, 2015.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**ORDER OF DISMISSAL** – Solo Page